

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00119-CV

**IN THE INTEREST OF A CHILD**

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-14-81
Honorable Ana Lisa Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellees recover the costs of appeal from Appellants.

SIGNED October 28, 2015.

_____
Karen Angelini, Justice